UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NEIL CUFF,

    Plaintiff,

v.                                      Case No. 6:22-cv-777-RBD-RMN

FLORIDA A&M UNIVERSITY &
BOARD OF TRUSTEES; TAYANNA
MARR; JESSICA WARTHEN;
MARLON HONEYWELL; JOCELYN
SPATES; MARVIN SCOTT; JASON
MOBLEY; ARCHIE LENNARD;
SOHEYLA MAHDAVIN; PATTY
GHAVINI; and JOVIN MYLES,

    Defendants.
_____

**ORDER**

In this closed discrimination case, the *pro se* Plaintiff moved to appeal *in forma pauperis*. (Doc. 131 ("First Motion").) On referral, U.S. Magistrate Judge Robert M. Norway entered a Report and Recommendation stating that the Court should deny the First Motion. (Doc. 132 ("First R&R").) Then Plaintiff again moved to appeal *in forma pauperis*. (Doc. 133 ("Second Motion").) Judge Norway entered another Report and Recommendation stating that the Court should deny the Second Motion. (Doc. 134 ("Second R&R").) Plaintiff filed an incoherent objection (Doc. 138 ("Objection")), which fails to show any deficiency in Judge Norway's

analyses, so the First and Second R&Rs are due to be adopted. (Docs. 132, 134.)

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The Objection (Doc. 138) is **OVERRULED**.

2. The First and Second R&Rs (Docs. 132, 134) are **ADOPTED AND CONFIRMED** and made a part of this Order in their entirety.

3. The First and Second Motions (Docs. 131, 133) are **DENIED**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on October 4, 2023.

ROY B. DALTON, JR.
United States District Judge